## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**A.M., on behalf of her minor child F.M.,**

      **Plaintiff,**

**v.**                                                      **No. CIV-13-0356 MV/LAM**

**ANN HOLMES,**

      **Defendant.**

## <u>ORDER SETTING DEADLINES</u>

**THIS MATTER** is before the Court *sua sponte* following a telephonic Rule 16 Initial Scheduling Conference held on May 20, 2013, at which counsel for the parties were present. Counsel for Defendant stated that they intend to file a motion for summary judgment based on qualified immunity and will also be requesting a stay of discovery. The parties agreed to postpone the Rule 16 Initial Scheduling Conference until this motion has been decided. After further discussions with the parties, the Court set the following deadlines, subject to extension of the response and reply briefs in the event that Plaintiff files a motion asking for limited discovery pursuant to Fed. R. Civ. P. 56(d):

      **IT IS THEREFORE ORDERED** that Defendant shall have until **June 17, 2013** to file their motion for summary judgment based on qualified immunity.

      **IT IS FURTHER ORDERED** that a response to the motion based on qualified immunity may be filed **no later than July 5, 2013.**

      **IT IS FURTHER ORDERED** that a reply to the motion based on qualified immunity may be filed **no later than July 22, 2013.**

**IT IS SO ORDERED.**

_Lourdes A. Martínez_

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**